E-FILED
Tuesday, 10 May, 2011   11:42:42 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| THE FEDERAL DEPOSIT INSURANCE CORPORATION, as RECEIVER OF CORN BELT BANK AND TRUST COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> JEFFREY K. STARK, JAMES L. ADKINS, B. STEVENS PLOWMAN AND LARRY L. SUMMERS, <br><br> Defendants. | ) ) ) ) ) ) ) ) No. 3:11-cv-03060-JBM-BGC ) ) ) ) ) ) ) |

**MOTION TO DISMISS WITH PREJUDICE**

Now comes Plaintiff, FEDERAL DEPOSIT INSURANCE CORPORATION, ("FDIC"), by and through its attorneys, LEBOW, MALECKI & TASCH, LLC and for its Motion to Dismiss with Prejudice, states as follows:

1. The parties have reached an agreement to resolve this case, and a written Settlement Agreement has been signed by all parties.

2. The Settlement Agreement calls for the FDIC to file this Motion to Dismiss with Prejudice.

3. Plaintiff, FDIC, files herein this Motion to Dismiss this case with prejudice instanter, all parties to bear their own costs and attorneys fees.

Respectfully submitted,

FEDERAL DEPOSIT INSURANCE CORPORATION


By: ____/s/ David J. Fischer____
One of its Attorneys

David J. Fischer
Lebow Malecki & Tasch, LLC
230 West Superior Street, Suite 500
Chicago, Illinois 60654
(312) 705-2000
#121967v1

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

SPRINGFIELD DIVISION

CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered participants.

Signature: /s/David J. Fischer            Date: May 10, 2011

Address: 230 West Superior Street, Suite 500            Phone: (312) 705-2000
         Chicago, Illinois 60654