UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| THE FEDERAL DEPOSIT INSURANCE CORPORATION, as RECEIVER OF CORN BELT BANK AND TRUST COMPANY, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No.   11-3060 |
| JEFFREY E. STARK, JAMES L. ADKINS, B. STEVENS PLOWMAN, and LARRY L. SUMMERS, | ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

SUE E. MYERSCOUGH, U.S. District Judge:

On May 10, 2011, Plaintiff, the Federal Deposit Insurance Corporation (FDIC), as Receiver of Corn Belt Bank and Trust Company, filed a document titled "Motion to Dismiss With Prejudice" (Motion) (d/e 6).  The Motion stated the parties have reached a settlement agreement that requires the FDIC to dismiss the case with prejudice.  The Motion did not cite any rule upon which Plaintiff relied.

On May 24, 2011, the Court entered a Text Order indicating the Motion would be treated as a notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i).  Rule 41(a)(1) governs voluntary dismissals by a

plaintiff.  A plaintiff may dismiss an action without court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.  See Fed.R.Civ.P. 41(a)(1)(A)(i).  Dismissals pursuant to pursuant Rule 41(a)(1)(A)(i) are without prejudice unless the notice of dismissal states otherwise.  See Fed.R.Civ.P. 41(a)(1)(B).  Here, Plaintiff's notice states that the dismissal is with prejudice.

THEREFORE, the Complaint (d/e 1) is DISMISSED WITH PREJUDICE. This case is CLOSED.

IT IS SO ORDERED.

ENTER: May 27, 2011.

FOR THE COURT:

s/ Sue E. Myerscough
SUE E. MYERSCOUGH
UNITED STATES DISTRICT JUDGE